Keith DRONE, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS, et al., Respondents.

WD 78431

Missouri Court of Appeals, Western District.

ORDER FILED: JANUARY 12, 2016

Keith Drone, Appellant Pro Se.

Terrence Michael Messonnier, Jefferson City, MO, Counsel for Respondent.

Before Division One: Anthony Rex Gabbert, P.J., Victor C. Howard, and Cynthia Martin, JJ.

**ORDER**

Per Curiam:

Keith Drone appeals the circuit court's judgment granting the Missouri Department of Corrections, Et Al.'s motion for judgment on the pleadings on Drone's petition for declaratory judgment which claimed that the Missouri Board of Probation and Parole failed to comply with governing statutes and rules when it rescinded its decision to grant him parole. We affirm. Rule 84.16(b).